# Court of Appeals
# of the State of Georgia

ATLANTA, March 18, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1044. RONNIE DAVIS v. THE STATE.

Ronnie Davis pled guilty to rape in 2015, and he filed a motion for out-of-time appeal in December 2021. The trial court denied the motion on December 14, 2021, and Davis filed a notice of appeal on February 10, 2022. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Because Davis filed his notice of appeal 58 days after entry of the order he seeks to appeal, we lack jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/18/2022

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of saiAd court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.